Argued July 13, affirmed September 10, 1973
DIOCESE OF OREGON, *Respondent, v.*
DEPARTMENT OF REVENUE, *Appellant.*
513 P2d 1138

*Walter J. Apley,* Assistant Attorney General, Salem, argued the cause for appellant. With him on the brief were Lee Johnson, Attorney General, and G. F. Bartz, Assistant Attorney General, Salem.

*Robert A. Leedy,* Portland, argued the cause for respondent. With him on the brief were Bullivant, Wright, Leedy, Johnson, Pendergrass & Hoffman, Portland.

Before O'CONNELL, Chief Justice, and McALLISTER, HOLMAN, HOWELL and BRYSON, Justices.

PER CURIAM.

This is an appeal by defendant Department of Revenue from a judgment of the Oregon Tax Court in favor of plaintiff taxpayer. 5 OTR 126 (1972). As recognized by the parties and by the Tax Court, the resolution to this case is controlled by *Archdiocese of Portland in Oregon v. Department of Revenue of the State of Oregon,* 266 Or 419, 513 P2d 1137, decided this day. Accordingly, the judgment of the Tax Court is hereby affirmed.